IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | |
|---|---|
| GARY WILLIS and GINA WILLIS | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CV-2004-35 ) |
| FREEDOM MORTGAGE CORPORATION; et al., | ) ) ) ) |
| Defendants. | ) |

## FIRST AMENDED COMPLAINT

**COME NOW** the Plaintiffs, **GARY and GINA WILLIS**, and would file this their First Amended Complaint, and amend Paragraph 3 of the original Complaint to read as follows:

3. Defendant, FREEDOM MORTGAGE CORPORATION, is a new Jersey Corporation, qualified and doing business in Barbour County, Alabama.

_____
AMY V. BOWMAN (VIB001)
RONALD G. DAVENPORT (DAV044)
Attorneys for Plaintiffs

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100

**Attachment C**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing mail the all counsel of record by placing a copy thereof, in the United States mail, postage prepaid, on this the _____ day of June, 2004, and properly addressed as follows:

Cliff Slaten, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

_____
Of Counsel