IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

FILED
JUN 1 5 2004
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

COPY

| | |
|---|---|
| GARY WILLIS and GINA WILLIS, ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO.: CV-04-035 |
| FREEDOM MORTGAGE CORP. INC., et al., ) | |
| Defendants. ) | |

### ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW the Defendant, Freedom Mortgage Corporation, Inc. (hereinafter "Defendant"), by and through its counsel of record and for Answer to Plaintiffs' First Amended Complaint sets forth and says as follows:

3.  Admitted.

Respectfully Submitted,

/s/ Clifton E. Slaten

CLIFTON E. SLATEN (ALA. CODE SLA013)
Attorney for Defendant, Freedom Mortgage Corporation, Inc.

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882 - PHONE
(334) 396-8880 - FAX

Attachment D

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **Answer**, by placing a copy of the same in the United States Mail, postage prepaid, and via hand delivery to the following on this the 14th day of June, 2004:

Ronald G. Davenport, Esquire
Amy V. Bowman, Esquire
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
184 Commerce Street
P.O. Box 270
Montgomery, Alabama 36101-0270
**Attorneys for Plaintiffs**

_____
OF COUNSEL

F:\Gen Litigation\Freedom Mortgage\Willis\Pleading\Answer to 1st Amnded Complaint.wpd