IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | | |
|---|---|---|
| GARY WILLIS and<br>GINA WILLIS | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | CV-2004-35 |
| FREEDOM MORTGAGE<br>CORPORATION; et al., | ) <br> ) <br> ) | |
| Defendants. | ) | |

### SECOND AMENDED COMPLAINT

**COME NOW** the Plaintiffs, **GARY and GINA WILLIS**, and would file this their Second Amended Complaint, and amend the Original Complaint and First Amended Complaint to add the Plaintiffs' signatures under oath.

_____
GARY WILLIS

STATE OF ALABAMA     }
COUNTY OF Barbour    }

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that GARY WILLIS, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal of office this the 31st day of August, 2004.

(SEAL)

_____
NOTARY PUBLIC

My Commission Expires: 4/12/05

**Attachment E**

_____
GINA WILLIS

STATE OF ALABAMA }
COUNTY OF Barbour }

    I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that GINA WILLIS, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and official seal of office this the 31st day of August, 2004.

(S E A L)

_____
NOTARY PUBLIC

My Commission Expires: 4|12|05

_____
AMY V. BOWMAN (VIB001)
RONALD G. DAVENPORT (DAV044)
Attorneys for Plaintiffs

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing mail the all counsel of record by placing a copy thereof, in the United States mail, postage prepaid, on this the ___7___ day of ~~August~~ *Sept*, 2004, and properly addressed as follows:

Cliff Slaten, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

_____
Of Counsel