

### * * * IN THE CIRCUIT COURT OF BARBOUR COUNTY * * *

CASE(S) LISTED BELOW ARE SET ON 09/20/2004
    AT: COURTHOUSE/CLAYTON
        BARBOUR COUNTY COURTHOUSE
        ALABAMA

JUDGE: BURT SMITHART

| CASE NUMBER | PARTY NAME | TIME | DESCRIPTION |
|---|---|---|---|
| CV200400003500 | FREEDOM MORTGAGE CORP | 1000AM | SCHEDULE CONFERENCE |

** STYLE: GARY WILLIS & GINA WILLIS VS FREEDOM MORTGAGE

(08/20/2004)   OPER: DAN

FORM: A465

Attachment F