IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

FILED
APR 28 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| GARY WILLIS and GINA WILLIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. CV-2004-035 |
| | ) |
| FREEDOM MORTGAGE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND ANSWER

Defendant FREEDOM MORTGAGE CORPORATION moves for leave to amend its Answer in this case in accordance with its separately filed Amendment and, as support, shows the following:

1. Plaintiffs GARY WILLIS and GINA WILLIS were deposed on April 26, 2005. Their deposition testimony establishes additional defenses under the Statute of Frauds, Ala. Code § 8-9-2, as set forth in the Amendment, that are not apparent from the allegations in the Complaint.

This the 27th day of April, 2005.

_____
J. Fairley McDonald, III (MCD015)
Clifton E. Slaten (SLA013)

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882

-1-

Attachment H

(334) 396-8880 [facsimile]

Counsel for Defendant FREEDOM MORTGAGE CORPORATION

### Certificate of Service

I HEREBY CERTIFY that, on this the __27th__ day of April, 2005, I served a copy of this Motion on the following counsel of record by first class United States Mail, postage prepaid and properly addressed:

    Ronald G. Davenport
    RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
    Post Office Box 270
    Montgomery, Alabama 36101-0270

_____