COPY

IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

FILED
APR 28 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| GARY WILLIS and GINA WILLIS, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. CV-2004-035 |
| FREEDOM MORTGAGE CORPORATION, et al., | ) |
| Defendants. | ) |

## AMENDMENT TO ANSWER

Defendant FREEDOM MORTGAGE CORPORATION amends its Answer in this case to add the following defenses:

### THIRTY-SECOND DEFENSE

To the extent Plaintiffs seek to recover for breach of an alleged agreement or commitment by Defendant to loan money, said recovery is barred because any such alleged agreement or commitment is void and unenforceable under the Statute of Frauds, Ala. Code § 8-9-2(7).

### THIRTY-THIRD DEFENSE

Plaintiffs cannot recover for fraud, negligence, and/or wantonness because said claims are premised on an alleged agreement or commitment that is void under the Statute of Frauds, Ala. Code § 8-9-2(7).

-1-

Attachment 1

This the ___27th___ day of April, 2005.

         J. Fairley McDonald, III (MCD015)
         Clifton E. Slaten (SLA013)

         SLATEN & O'CONNOR, P.C.
         105 Tallapoosa Street
         Suite 101
         Montgomery, Alabama 36104
         (334) 396-8882
         (334) 396-8880 [facsimile]

         Counsel for Defendant FREEDOM MORTGAGE CORPORATION

### Certificate of Service

I HEREBY CERTIFY that, on this the ___27th___ day of April, 2005, I served a copy of this Motion on the following counsel of record by first class United States Mail, postage prepaid and properly addressed:

Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270