IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | |
|---|---|
| GARY WILLIS and <br> GINA WILLIS <br><br> Plaintiffs, <br><br> vs. <br><br> FREEDOM MORTGAGE <br> CORPORATION; et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CV-2004-35 <br> ) <br> ) <br> ) <br> ) <br> ) |

## THIRD AMENDED COMPLAINT

**COME NOW** the Plaintiffs, **GARY and GINA WILLIS**, and would file this their Third Amended Complaint, and amend their ad damnum clause in all counts of the Original Complaint to read as follows:

**WHERERFORE, PREMISES CONSIDERED,** Plaintiffs demand judgment against the Defendant and Fictitious Defendants, for compensatory and punitive damages, for a total sum of One Million Dollars ($1,000,000.00).

/s/ RONALD G. DAVENPORT (DAV044)
Attorneys for Plaintiffs

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100

**Attachment L**

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing mail the all counsel of record by placing a copy thereof, in the United States mail, postage prepaid, on this the 26th day of April, 2005, and properly addressed as follows:

Cliff Slaten, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

_____
Of Counsel