

## alacourt.com's

## Alabama SJIS Case Detail

[ Settings ] [ Parties ] [ Case Action Summary ] [ Witness List ] [ Financial ]

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 06 | Case Number | ●CV 2004 000035 00 | JID | LBS | Trial | J |
| Style | GARY WILLIS & GINA WILLIS VS FREEDOM MORTGAGE | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 04092004 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 002 | Defendants | 001 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | 02242005 | Que 4 | 001 | Time 4 | 1000 A | Description | SCHC SCHEDULE CONFERENCE |
| Cont Date | 02042005 | Why | | | | Cont # | 02 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | WILLIS GARY | | | Type | INDIVIDUAL |
| INDX | D/FREEDOM MORT | ANAM | | | | JID | LBS |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | BOWMAN AMY VIBBART | Atty 2 | DAVENPORT RONALD G | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | 02232005 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 002 | Name | WILLIS GINA | | | Type | INDIVIDUAL |
| INDX | D/FREEDOM MORT | ANAM | | | | JID | LBS |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | BOWMAN AMY VIBBART | Atty 2 | DAVENPORT RONALD G | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |

**Attachment P**

| Service | | Type | | Serv On | | By | |
|---|---|---|---|---|---|---|---|
| Answer | 02232005 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | | |
| AMT | | Cost | | Other | | Exep | O |
| Comment | | | | | | Satisfied | |

**Party 3**

| Party | D 001 | Name | FREEDOM MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|---|
| INDX | C/WILLIS GARY | ANAM | | | | Type | INDIVIDUAL |
| SSN | | Address 1 | 1000 ATRIUM WAY STE 300 | | | JID | LBS |
| DOB | | Address 2 | | | | Sex | |
| Country | US | City | MOUNT LAUREL NJ 08054 0000 | | | Race | |
| Atty 1 | SLATEN CLIFTON E | Atty 2 | SMITH JEFFREY W | Atty 3 | MCDONALD JOHN F III | Phone | 334 000 0000 |
| Atty 5 | | Atty 6 | | | | Atty 4 | |
| Issued | 04082004 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 04122004 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 05272004 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | | |
| AMT | | Cost | | Other | | Exep | O |
| Comment | | | | | | Satisfied | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04092004 | 1532 | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | MAW |
| 04092004 | 1532 | TDMJ | JURY TRIAL REQUESTED (AV01) | MAW |
| 04092004 | 1532 | ORIG | ORIGIN: INITIAL FILING (AV01) | MAW |
| 04092004 | 1532 | PART | WILLIS GARY ADDED AS C001 (AV02) | MAW |
| 04092004 | 1534 | PART | FREEDOM MORTGAGE CORP ADDED AS D001 (AV02) | MAW |
| 04092004 | 1534 | SUMM | CERTIFIED MAI ISSUED: 04/08/2004 TO D001 (AV02) | MAW |
| 04092004 | 1536 | ATTY | LISTED AS ATTORNEY FOR C001: BOWMAN AMY VIBBART | MAW |
| 04092004 | 1537 | PART | WILLIS GINA ADDED AS C002 (AV02) | MAW |
| 04092004 | 1537 | ATTY | LISTED AS ATTORNEY FOR C002: BOWMAN AMY VIBBART | MAW |
| 04092004 | 1540 | TEXT | NOTICE OF TAKING DEPOSITION OF FREEDOM MORT CO | MAW |
| 04092004 | 1541 | TEXT | INTERROGATORIES | MAW |
| 04092004 | 1541 | TEXT | REQUEST FOR PRODUCTION OF DOCUMENTS | MAW |
| 04152004 | 1523 | SERC | SERVICE OF CERTIFIED MAI ON 04/12/2004 FOR D001 | MAW |
| 04222004 | 1121 | ATTY | LISTED AS ATTORNEY FOR C001: DAVENPORT RONALD G | JUK |
| 04222004 | 1121 | ATTY | LISTED AS ATTORNEY FOR C002: DAVENPORT RONALD G | JUK |
| 05272004 | 1351 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEFEN- | MAW |
| 05272004 | 1351 | TEXT | DANT'S FIRST INTERROGATORIES TO PLAINTIFFS; DE- | MAW |
| 05272004 | 1351 | TEXT | FENDANT'S FIRST REQUESTS FOR PROD. TO PLAINTIFFS) | MAW |
| 05272004 | 1352 | ATTY | LISTED AS ATTORNEY FOR D001: SLATEN CLIFTON E | MAW |
| 05272004 | 1352 | ANSW | ANSWER OF COMP DENIED ON 05/27/2004 FOR D001(AV02) | MAW |
| 06042004 | 1124 | TEXT | BY ATTORNEYS FOR PLAINTIFFS. | JUK |
| 06042004 | 1616 | TEXT | NOTICE OF FILING (REQUEST FOR ADMISSION) FILED | JUK |
| 06112004 | 1120 | TEXT | FIRST AMENDED COMPLAINT | MAW |
| 06142004 | 1105 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEF'S | MAW |
| 06142004 | 1105 | TEXT | RESPONSE TO PLAINTIFFS' 1ST INTERROGATORIES AND | MAW |
| 06142004 | 1105 | TEXT | DEF'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR | MAW |
| 06142004 | 1105 | TEXT | PRODUCTION OF DOCUMENTS) | MAW |
| 06152004 | 1612 | TEXT | ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT | MAW |
| 06172004 | 1049 | TEXT | NOTICE OF FILING (SECOND CONSOLIDATED DISCOVERY | MAW |
| 06172004 | 1050 | TEXT | REQUEST) | MAW |
| 06222004 | 1442 | TEXT | NOTICE OF FILING (PLAINTIFFS' RESPONSES TO DEFEN- | MAW |
| 06222004 | 1443 | TEXT | DANT'S FIRST INTERROGATORIES) | MAW |
| 06282004 | 0907 | TEXT | NOTICE OF FILING (PLAINTIFFS' RESPONSES TO DE- | MAW |
| 06282004 | 0908 | TEXT | FENDANT'S FIRST REQUEST FOR PRODUCTION) | MAW |

| Date | Time | Type | Description | Init |
|---|---|---|---|---|
| 07022004 | 1059 | TEXT | NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES | JUK |
| 07022004 | 1059 | TEXT | CIVIL SUBPOENA FOR PRODUCTION OF DOCUMENTS TO CUS- | MAW |
| 07022004 | 1059 | TEXT | TODIAN OF RECORDS MORTGAGE INFO SERVICES INC AND | MAW |
| 07022004 | 1059 | TEXT | DIANE L HILSON | MAW |
| 07082004 | 0950 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEFEN- | MAW |
| 07082004 | 0951 | TEXT | DANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR ADMIS- | MAW |
| 07082004 | 0951 | TEXT | SIONS) | MAW |
| 07202004 | 0907 | TEXT | TWO (2) SUBPOENAS ISSUED C.M. 1. DIANE L. HILSON | MAW |
| 07202004 | 0907 | TEXT | 2. CISTODIAN OF RECORDS (MORTGAGE INF. SYSTEMS) | DAN |
| 08062004 | 1555 | TEXT | SUBPOENA SERVED ON DIANE L. HILSON ON 08/06/2004 | DAN |
| 08062004 | 1555 | TEXT | SUBPOENA SERVED ON MORTGAGE INF. SYS. ON 07/29/04 | MAW |
| 08192004 | 1424 | DAT4 | CIVIL DOCKET SET ON 09/20/2004 FOR SCHEDULE (AV24) | MAW |
| 08202004 | 0246 | DOCK | NOTICE SENT: 08/20/2004 BOWMAN AMY VIBBART | DAN |
| 08202004 | 0248 | DOCK | NOTICE SENT: 08/20/2004 DAVENPORT RONALD G | DAN |
| 08202004 | 0248 | DOCK | NOTICE SENT: 08/20/2004 SLATEN CLIFTON E | DAN |
| 08202004 | 1113 | DAT4 | SET FOR: SCHEDULE CONFERENCE ON 09/20/2004 AT 100 | DAN |
| 09082004 | 0908 | TEXT | SECOND AMENDED COMPLAINT | DAN |
| 12222004 | 1100 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEF.'S | MAW |
| 12222004 | 1101 | TEXT | SECOND INTERROGATORIES TO PLTFS, SECOND REQS | JUK |
| 12222004 | 1101 | TEXT | FOR PROD TO PLTFS AND REQ FOR ADMISSION TO PLTF.'S | JUK |
| 12222004 | 1101 | ATTY | LISTED AS ATTORNEY FOR D001: SMITH JEFFREY W(AV02) | JUK |
| 02042005 | 0128 | DOCK | NOTICE SENT: 02/04/2005 BOWMAN AMY VIBBART | JUK |
| 02042005 | 0129 | DOCK | NOTICE SENT: 02/04/2005 SMITH JEFFREY W | DAN |
| 02042005 | 0129 | DOCK | NOTICE SENT: 02/04/2005 DAVENPORT RONALD G | DAN |
| 02042005 | 0129 | DOCK | NOTICE SENT: 02/04/2005 SLATEN CLIFTON E | DAN |
| 02042005 | 1559 | DAT4 | CIVIL DOCKET SET ON 02/24/2005 FOR SCHEDULE (AV24) | DAN |
| 02232005 | 1005 | TEXT | PLTF'S RESPONSE TO DEF FREEDOM MORTGAGE CORP'S | DAN |
| 02232005 | 1005 | TEXT | REQ FOR ADMISSIONS. | JUK |
| 02232005 | 1419 | ANSW | ANSWER OF COMP DENIED ON 02/23/2005 FOR C001(AV02) | JUK |
| 02232005 | 1419 | ANSW | ANSWER OF COMP DENIED ON 02/23/2005 FOR C002(AV02) | MAW |
| 02252005 | 1004 | GNOT | GENERAL NOTICE SENT TO: 0000 | MAW |
| 03212005 | 1337 | TEXT | NOTICE OF FILING (NOTICE OF TAKING DEPOSITION | TRW |
| 03212005 | 1604 | TEXT | OF FREEDOM MORTGAGE CORP). | JUK |
| 03282005 | 0901 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEF.'S | JUK |
| 03282005 | 0901 | TEXT | RESPONSE TO PLTF.'S 2ND REQ FOR PROD & 2ND | JUK |
| 03282005 | 0901 | TEXT | INTERROGATORIES). | JUK |
| 04042005 | 0958 | TEXT | PLTF.'S WITNESS LIST. | JUK |
| 04042005 | 1023 | TEXT | WITNESS LIST OF DEF., FREEDOM MORTGAGE CORP INC. | JUK |
| 04052005 | 1330 | TEXT | NOTICE OF FILING (AMENDED NOTICE OF TAKING | JUK |
| 04052005 | 1330 | TEXT | DEPOSITION OF FREEDOM MORTGAGE CORP). | JUK |
| 04202005 | 1137 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS (DEFEN- | JUK |
| 04202005 | 1137 | TEXT | DANT'S NOTICE OF TAKING DEPOSITION DUCES TECUM OF | MAW |
| 04202005 | 1137 | TEXT | GARY WILLIS AND GINA WILLIS AND DEFENDANT'S NOTICE | MAW |
| 04202005 | 1137 | TEXT | OF TAKING DEPOSITION & REQUEST FOR PRODUCTION OF | MAW |
| 04202005 | 1137 | TEXT | ED SAULS.) | MAW |
| 04272005 | 1449 | TEXT | NOTICE OF FILING (PLTF.'S RESPONSES TO DEF.'S | MAW |
| 04272005 | 1449 | TEXT | SECOND INTERROGATORIES). | JUK |
| 04272005 | 1456 | TEXT | NOTICE OF FILING | JUK |
| 04282005 | 0942 | TEXT | MOTION FOR LEAVE TO AMEND ANSWER | MAW |
| 04282005 | 0942 | TEXT | AMENDMENT TO ANSWER | MAW |
| 04282005 | 0946 | ATTY | LISTED AS ATTORNEY FOR D001: MCDONALD JOHN F III | MAW |
| 04292005 | 1441 | TEXT | MOTION TO AMEND COMPLAINT | MAW |
| 04292005 | 1441 | TEXT | THIRD AMENDED COMPLAINT | MAW |
| 04292005 | 1441 | TEXT | OBJECTION TO DEFENDANT'S MOTION TO AMEND ANSWER TO | MAW |
| 04292005 | 1441 | TEXT | ADD AFFIRMATIVE DEFENSE | MAW |
| 05032005 | 1321 | TEXT | OBJECTION TO MOTION FOR LEAVE TO AMEND. | MAW |
| 05032005 | 1321 | TEXT | RESPONSE TO PLTF.'S OBJECTION TO MOTION FOR | JUK |

| | | | |
|---|---|---|---|
| 05032005 | 1321 | TEXT | LEAVE TO AMEND ANSWER. | JUK |
| 05042005 | 1144 | TEXT | MOTION FOR SUMMARY JUDGMENT | MAW |
| 05042005 | 1657 | TEXT | MOTION TO AMEND COMPLAINT GRANTED | DAN |
| 05052005 | 1446 | TEXT | SUPPLEMENTAL SUBMISSION IN OPPOSITION TO DEFEND'S | MAW |
| 05052005 | 1446 | TEXT | MOTION TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSE | MAW |
| 05052005 | 1447 | TEXT | EXHIBIT LIST OF PLAINTIFFS | MAW |
| 05062005 | 0908 | TEXT | MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY | MAW |
| 05062005 | 0908 | TEXT | JUDGMENT | MAW |