RECEIVED
2005 MAY 10 A 10: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION



GARY WILLIS and GINA WILLIS, )
)
Plaintiffs, )
)
v. ) Civil Action No. CV-2004-035
)
FREEDOM MORTGAGE CORPORATION, )
et al., )
)
Defendants. )

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Mr. David S. Nix
      Circuit Clerk
      Barbour County Circuit Court - Clayton Division
      Barbour County Courthouse
      303 East Broad Street
      Clayton, Alabama

Please take notice that Defendant FREEDOM MORTGAGE CORPORATION has this date filed the attached Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, which constitutes a removal of this case to the said United States District Court.

This __9th__ day of May, 2005.

_____
J. Fairley McDonald, III (MCD015)
Clifton E. Slaten (SLA013)

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street
Suite 101

-1-

Montgomery, Alabama 36104
(334) 396-8882
(334) 396-8880 [facsimile]

Counsel for Defendant FREEDOM MORTGAGE CORPORATION

### Certificate of Service

I HEREBY CERTIFY that, on this the __9th__ day of May, 2005, I served a copy of this Notice on the following counsel of record by first class United States Mail, postage prepaid and properly addressed:

Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270