**RECEIVED**

2005 MAY 25 P 1: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY WILLIS and GINA WILLIS, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:05CV434-M |
| FREEDOM MORTGAGE CORPORATION; et al., | ) |
| Defendants. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

## JOINT STIPULATION FOR DISMISSAL

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties in this action confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in this case, including trial, and ordering the entry of a final judgment.

The Plaintiffs Gary Willis and Gina Willis, and the Defendant Freedom Mortgage Corporation, being all the parties in this action and acting through their respective undersigned counsel, jointly stipulate that this action be dismissed with prejudice as to all claims and parties, costs taxed as paid.

_____
Ronald G. Davenport (DAV044)

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

(334) 206-3100

Counsel for Plaintiffs GARY WILLIS and GINA WILLIS

_____
J. Fairley McDonald, III (MCD015)
Clifton E. Slaten (SLA013)

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 396-8880 [facsimile]

Counsel for Defendant FREEDOM MORTGAGE CORPORATION