IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY WILLIS AND GINA WILLIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV434-M |
| | ) |
| FREEDOM MORTGAGE | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

On 25 May 2005, the parties filed a Joint Stipulation for Dismissal (Doc. # 3) along with a Consent to Jurisdiction by a United States Magistrate Judge. Upon the court's review of the stipulation, it is ORDERED and ADJUDGED as follows:

1. This action is hereby dismissed with prejudice as to all claims and parties; and

2. That the costs be taxed as paid.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case, denied as moot.

DONE this 15th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE